AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

RAVISHANKAR SUBRAMANYA

**SUMMONS IN A CIVIL CASE**

V.

HON. MICHAEL CHERTOFF, Secretary of Homeland Security;
DR. EMILIO GONZALEZ, Director of USCIS; and
ANDREA QUARANTILLO, District Director of USCIS New York District Office

CASE NUMBER: 07 CV 3316

JUDGE RAKOFF

TO: (Name and address of defendant)

Hon. Michael Chertoff, US Department of Homeland Security, Washington, DC 20528
Dr. Emilio Gonzalez, US Citizenship and Immigration Service, 26 Federal Plaza, New York, NY 10278
Andrea Quarantillo, USCIS, 26 Federal Plaza, New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fredric H. Aaron, Attorney at Law, PC
14 Vanderventer Avenue, Suite 212
Port Washington, New York 11050

an answer to the complaint which is herewith served upon you, within _____sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE

APR 2 5 2007

COPY RECEIVED
APR 26 2007
U.S. ATTORNEY'S SDNY

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: April 25, 2007 |
| NAME OF SERVER (PRINT): Fredric H. Aaron | TITLE: Attorney |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: _____
Office of United States Attorney, 86 Chambers Street, New York, NY 10007

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[✓] Other (specify): _____
~~Served upon defendants by Certified Mail, return receipt requested.~~

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $18.60 postage | $38.60 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 25, 2007
              Date

Signature of Server

14 Vanderventer Avenue, Port Washington, NY 11050
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.