MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-07

RAVISHANKAR SUBRAMANYA,

                               Plaintiff,

- v. -

HON. MICHAEL CHERTOFF, et al.,

                               Defendants.
-----------------------------------------------------------x

STIPULATION AND ORDER OF
SETTLEMENT AND DISMISSAL

07 Civ. 3316 (JSR)

       WHEREAS United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

       IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:   Port Washington, New York
           July 27, 2007

                                               FREDRIC H. AARON, ESQ.
                                               14 Vanderventer Avenue, Suite 212
                                               Port Washington, NY 11050
                                               Tel. No.: (516) 802-4140

Dated:   New York, New York
           July 30, 2007

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York
                                               Attorney for Defendants

                                   By:   _____
                                               F. JAMES LOPREST, JR. (FJL:3210)
                                               Special Assistant United States Attorney
                                               86 Chambers Street, 4th Floor
                                               New York, NY 10007
                                               Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

7-31-07